# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: | Case No.: 2:18-bk-56289 |
| Reginald Johnson & | Chapter 7 |
| Anita Johnson | Judge Honorable John E. Hoffman |
| Debtors. | SSN: xxx-xx-2199 |
| | xxx-xx-2070 |

Counsel for Debtors

## FIRST AMENDMENT TO SCHEDULE F

Now comes the debtor Reginald Johnson & Anita Johnson, by and through counsel, hereby gives Notice to this Court to the First Amendment to Schedule F to amend the following creditors:

| Creditors Name, Mailing Address and Zip Code | Date Claim was Incurred, and Consideration for Claim. If Claims is Subject to Setoff, so State. | Amount of Claim Without Deducting Value of Collateral |
|---|---|---|
| American Profit Recovery<br>34505 W. 12 Mile Road Su. 333<br>Farmington Hills, MI 48331 | Collections | $85.00 |
| Nationwide Credit & Collection<br>815 Commerce Dr. Su 270<br>Oak Brook, IL 60523-8852 | Collections | $1300.00 |
| Ohio Health Sleep Services<br>PO Box 73058<br>Cleveland, OH 44193-0002 | Collections | $2026.96 |
| Orthopedic One<br>170 Taylor Station Road<br>Columbus, OH 43213 | Collections | $40.00 |
| Credit Collection Services<br>725 Canton St<br>Norwood, MA 02062 | Collections | $112.00 |
| Ohio Gastroenterology Group Inc<br>3400 Olentangy River Road<br>Columbus, OH 43202-1523 | Collections | $39.00 |

Document      Page 2 of 5

| | | |
|---|---|---|
| Columbus Radiology Corporation<br>PO Box 714563<br>Cincinnati, OH  45271-4563 | Collections | $18.00 |
| Riverside Radiology & Interventional<br>PO Box 713815<br>Cincinnati, OH 45271-3815 | Collections | $46.00 |
| Greegor Greens LLC<br>9131 Cotswold Drive<br>Pickerington, OH 43147 | Collections | $1800.00 |
| Ashley Creek Association<br>PO Box 217<br>Pickerington, OH 43147 | Collections | $520.00 |
| Van Kannel Lawn Care<br>933 Melrose Blvd<br>Pickerington, OH  43147 | Collections | $1800.00 |

Respectfully Submitted,

/s/ Guylynn D. Cook
Guylynn D. Cook
Ohio Sup. Ct. Reg. No.:0087311
P.O. Box 361282
Columbus, Ohio 43236
614-317-4842
614-321-3972 (Fax)
Email:  gcooklaw@gmail.com

### **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Amendment, Meeting of Creditor's Notice has been served upon the following ECF participants, electronically through the Court's transmission facilities at their email address registered with the Court: Brenda K. Bowers, Trustee and the Office of the U.S. Trustee on this October 11, 2018:

**U.S. Mail Service:**

American Profit Recovery
34505 W. 12 Mile Road Su. 333
Farmington Hills, MI  48331

Nationwide Credit & Collection
815 Commerce Dr. Su 270
Oak Brook, IL  60523-8852

Ohio Health Sleep Services
PO Box 73058
Cleveland, OH 44193-0002

Orthopedic One
170 Taylor Station Road
Columbus, OH  43213

Credit Collection Services
725 Canton St
Norwood, MA 02062

Ohio Gastroenterology Group Inc
3400 Olentangy River Road
Columbus, OH  43202-1523

Columbus Radiology Corporation
PO Box 714563
Cincinnati, OH  45271-4563

Riverside Radiology & Interventional
PO Box 713815
Cincinnati, OH 45271-3815

Greegor Greens LLC
9131 Cotswold Drive
Pickerington, OH 43147

Ashley Creek Association
PO Box 217
Pickerington, OH 43147

Van Kannel Lawn Care
933 Melrose Blvd
Pickerington, OH  43147

/s/ Guylynn D. Cook
Guylynn D. Cook
Ohio Sup. Ct. Reg. No.:0087311

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No.: 2:18-bk-56289 |
| | ) | |
| Reginald Johnson & | ) | Chapter 7 |
| | ) | |
| Anita Johnson | ) | Judge Honorable John E. Hoffman |
| | ) | |
| Debtors. | ) | SSN: xxx-xx-2199 |
| | ) |      xxx-xx-2070 |
| | ) | |

Counsel for Debtors

## NOTICE OF ADDITIONAL CREDITOR MATRIX IN CONNECTION WITH THE FIRST AMENDMENT TO SCHEDULE F

Now comes Reginald Johnson & Anita Johnson, debtors, by counsel, and hereby gives, Notice to this Court of the additional creditor matrix (attached) filed in connection with the Debtors' First Amended Schedule F.

Respectfully Submitted,

/s/ Guylynn D. Cook
Guylynn D. Cook
Ohio Sup. Ct. Reg. No.:0087311
P.O. Box 361282
Columbus, Ohio 43236
614-329-4683
614-321-3972 (Fax)
Email: gcooklaw@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Creditor's Matrix has been served upon the following ECF participants, electronically through the Court's transmission facilities at their email address registered with the Court: Brenda K. Bowers, Trustee and the Office of the U.S. Trustee on this October 11, 2018.

/s/ Guylynn D. Cook
Guylynn D. Cook (0087311)

American Profit Recovery
34505 W. 12 Mile Road Su. 333
Farmington Hills, MI  48331

Nationwide Credit & Collection
815 Commerce Dr. Su 270
Oak Brook, IL  60523-8852

Ohio Health Sleep Services
PO Box 73058
Cleveland, OH 44193-0002

Orthopedic One
170 Taylor Station Road
Columbus, OH  43213

Credit Collection Services
725 Canton St
Norwood, MA 02062

Ohio Gastroenterology Group Ir
3400 Olentangy River Road
Columbus, OH  43202-1523

Columbus Radiology Corporatior
PO Box 714563
Cincinnati, OH  45271-4563

Riverside     Radiology
Interventional
PO Box 713815
Cincinnati, OH 45271-3815

Greegor Greens LLC
9131 Cotswold Drive
Pickerington, OH 43147

Ashley Creek Association
PO Box 217
Pickerington, OH 43147

Van Kannel Lawn Care
933 Melrose Blvd
Pickerington, OH  43147